EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
|---|---|
| Verónica del Carmen Crespo Peña | 2018 TSPR 179<br><br>201 DPR ____ |

Número del Caso: TS-17,638

Fecha: 1ro de noviembre de 2018

Abogada de la peticionaria:

   Lcda. Laura L.A. Otero González

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Verónica del Carmen Crespo Peña        TS-17,638

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de noviembre de 2018.

Examinada la *Moción en cumplimiento de orden y solicitud de cambio de estatus* que presentó la Sra. Verónica del Carmen Crespo Peña, se da por cumplida la condición que se impuso mediante Resolución el 1 de octubre de 2018.

Se ordena la reinstalación de la señora Crespo Peña a la práctica de la abogacía y la notaría, previo a presentar evidencia de fianza vigente.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres proveería no ha lugar en esta etapa hasta que se diluciden las quejas pendientes.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo